# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOESTO ALEMAN, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BASIL THAI RESTAURANT GROUP, CORP., et al.<br><br>　　　　　Defendants. | Case No. 1:16-cv-00114-CKK |

## NOTICE OF SETTLEMENT

　　　The Court shall please take notice that the parties have reached an agreement-in-principle to settle all claims in this matter. The parties anticipate that a Joint Stipulation of Dismissal will be filed within the next fourteen calendar days, and request that the Court take no further action on this matter at this time.

Date: June 9, 2016　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Justin Zelikovitz, Esq.
　　　　　　　　　　　　　　　　　　　　　Justin Zelikovitz, #986001
　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
　　　　　　　　　　　　　　　　　　　　　519 H Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 803-6083
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 683-6102
　　　　　　　　　　　　　　　　　　　　　justin@dcwagelaw.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*